NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GLEN A. CREARY,                          )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D18-3238
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
_____     )

Opinion filed April 5, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Stephen M. Walker,
Judge.

PER CURIAM.

          Affirmed.

SILBERMAN, BLACK, and LUCAS, JJ., Concur.